UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM PLAGENS,

    Plaintiff,

v.                                                 Case No. 06-12214
                                                 Hon. Sean F. Cox

SOURCE ONE MORTGAGE
CORPORATION, et al.

    Defendants.
_____

## ORDER

This matter is before the Court following an Order to show cause why Defendant Michigan Trust Title Agency, L.L.C. should not be dismissed for failure to prosecute.

Defendant Michigan Trust Title Agency, L.L.C., is a limited liability company, and, as such, it must have counsel and cannot represent itself. *Harrison v. Wahatoyas, L.L.C.*, 253 F.3d 552, 556 (10th Cir. 2001); *Kipp v. Royal & Sun Alliance Personal Ins. Co.*, 209 F.Supp.2d 962, 963 (E.D.Wis. 2002); and *Mmagine L.L.C. v. Gilbreath*, 2006 WL 3228586 at *1 (M.D. Tenn. 2006).

**IT IS SO ORDERED** that the "Answer" filed by Defendant Michigan Trust Title Agency, L.L.C. on June 29, 2006, is **STRICKEN**. [Doc. 19].

**IT IS FURTHER ORDERED** that Defendant Michigan Trust Title Agency, L.L.C., shall retain counsel to represent it, which counsel shall enter an appearance within thirty (30) days of the entry of this Order. If counsel representing Defendant fails to enter an appearance

within thirty days of entry of this Order, the Court will direct the Clerk's Office to enter an entry of default against Defendant Michigan Trust Title Agency, L.L.C.

**IT IS SO ORDERED.**

**S/Sean F. Cox**
**Sean F. Cox**
**United States District Judge**

**Dated:  February 28, 2007**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on February 28, 2007, by electronic means and by First Class Mail upon:**

**Michigan Trust Title Agency, L.L.C.**
**24100 Southfield Road   Ste 315**
**Southfield, MI 48075**

**S/Jennifer Hernandez**
**Case Manager**